**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., </br></br>   Plaintiff, </br></br>   v. </br></br> U.S. DEPARTMENT OF DEFENSE, </br></br>   Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Civil Action. No.: 20-3165(TNM) |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant respectfully moves for thirty-day extension of time to February 9, 2021, to respond to Plaintiff's Freedom of Information Act ("FOIA") Complaint. The current deadline is on January 10, 2021.

Counsel for the Parties conferred consistent with Local Civil Rule 7(m) and Plaintiff does not object to the requested relief. There are no other deadlines in this case and this is Defendant's first motion for an extension of time in this case.

There is good cause for the Court to grant the requested enlargement of time. As explained to Plaintiff's counsel, due to the holiday season, the undersigned has not had an opportunity to reach out and confer with the named agency-defendant to learn more about the status of Plaintiff's FOIA request. Additional time is also necessary for the undersigned to investigate the underlying claims in this case to prepare a proper response for agency and supervisory review prior to filing it with the Court. Moreover, the requested extension is needed due to the undersigned's upcoming court deadlines and other litigation obligations.

For the foregoing reasons, Defendant respectfully requests that the Court extend the deadline to February 9, 2021, for Defendant to respond to Plaintiff's Complaint.

Dated: January 4, 2021				Respectfully submitted,

						MICHAEL R. SHERWIN
						Acting United States Attorney

						BRIAN P. HUDAK
						Acting Chief, Civil Division

				By:	_____//s_____
						JOHN C. TRUONG
						D.C. BAR #465901
						Assistant United States Attorney
						555 4th Street, N.W.
						Washington, D.C. 20530
						Tel: (202) 252-2524
						E-mail: John.Truong@usdoj.gov
						Counsel for the Defendant

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF DEFENSE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action. No.: 20-3165(TNM) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2020,

ORDERED that Defendant's Unopposed Motion for an Extension of Time is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant shall up to and including February 9, 2021, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
United States District Judge