# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| PROJECT ON GOVERNMENT OVERSIGHT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action. No.: 20-3165(TNM) |
| | ) | |
| U.S. DEPARTMENT OF DEFENSE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Project on Government Oversight, Inc.,

and Defendant United States Department of Defense, by their undersigned counsel, hereby jointly

stipulate to the dismissal of this case with prejudice, with each party bearing its own costs and

fees.

Dated:  May 3, 2021                         Respectfully submitted,

                                                          CHANNING D. PHILLIPS
                                                          D.C. Bar #415793
                                                          Acting United States Attorney

                                                          BRIAN P. HUDAK
                                                          Acting Chief, Civil Division

                              By:       _____//s_____
                                                          JOHN C. TRUONG
                                                          D.C. BAR #465901
                                                          Assistant United States Attorney
                                                          555 4th Street, N.W.
                                                          Washington, D.C. 20530
                                                          Tel: (202) 252-2524
                                                          E-mail: John.Truong@usdoj.gov
                                                          Counsel for the Defendant

___/s/Ross A. Nabatoff_____
Ross A. Nabatoff, DC Bar # 376665
LAW OFFICE OF ROSS A. NABATOFF
1440 G Street, N.W.
Washington, D.C.  20005
(202) 650-0037
*Attorney for Plaintiff*